O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| LEONIDES ENRIQUEZ,<br><br>      Plaintiff,<br><br>   v.<br><br>CITY OF LONG BEACH et al.,<br><br>      Defendants. | Case № 2:23-cv-06464-ODW (AJRx)<br><br>**FINAL JUDGMENT** |

Pursuant to the jury's verdict, (ECF No. 148), and the Court's Summary Judgment Order, (ECF No. 120), it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Defendants Leighton Mays and Hector Lizardo shall have Judgment in their favor on Plaintiff's claim against them for excessive force in violation of the Fourth Amendment under 42 U.S.C. § 1983;
2. Defendant City of Long Beach shall have Judgment in its favor on Plaintiff's claims against it for municipal liability based on a failure to train and unconstitutional custom or practice in violation of the Fourth Amendment under 42 U.S.C. § 1983;
3. Plaintiff's remaining § 1983 claims for unlawful detention and arrest, delay of medical care, and municipal liability based on ratification are dismissed with prejudice;
4. Plaintiff shall receive nothing by way of the Complaint; and
5. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

May 29, 2025

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**